UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __16-1808__          Caption: __SAS Institute, Inc. v. World Programming Limited__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__SAS Institute, Inc.__
(name of party/amicus)

 who is _____Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

08/05/2015 SCC                              - 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/Pressly M. Millen     Date: July 28, 2016

Counsel for: SAS Institute, Inc.

## CERTIFICATE OF SERVICE
*************************

I certify that on ___July 28, 2016___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Edward Joseph Naughton, Esq.
Rebecca MacDowell Lecaroz, Esq.
Brown Rudnick, LLP
One Financial Center
Boston, MA 02111

Dennis O. Cohen, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

Chris Graebe, Graebe Hanna & Sullivan, LLC
4350 Lassiter at North Hills Ave., Suite 375
Raleigh, NC 27609

Mark R. Sigmon, Sigmon Law, PLLC
5 W. Hargett St., Suite 812
Raleigh, NC 27601

/s/Pressly M. Millen     7/28/2016
(signature)     (date)