# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SAS INSTITUTE, INC., <br><br> Plaintiff-Appellant/ <br> Cross-Appellee, <br><br> v. <br><br> WORLD PROGRAMMING LIMITED, <br><br> Defendant-Appellee/ <br> Cross-Appellant. | Appeal Nos.   16-1808 (L) <br>                         16-1857 |

## SAS INSTITUTE INC.'S MOTION TO EXCEED WORD LIMIT FOR APPELLANT'S RESPONSE & REPLY BRIEF

Appellant SAS Institute Inc. ("SAS") respectfully moves the Court for a 4,125-word extension of the word limit for SAS's combined Response/Reply brief, currently due March 20, 2017,[1] pursuant to Rule 28.1 of the Federal Rules of Appellate Procedure. In support of its motion, SAS states as follows:

1. This is a cross-appeal, in which both parties are appealing from multiple aspects of the Judgment entered in this case.

2. In a cross-appeal with a briefing order issued before December 1, 2016, the Federal Rules of Appellate Procedure and the Local Rules of the U.S.

---

[1] SAS also filed today an unopposed motion for a fourteen-day extension of time to file and serve its Response/Reply brief, through April 3, 2017.

Court of Appeals for the Fourth Circuit limited SAS's Opening brief to 14,000 words, World Programming Limited's ("WPL") Opening/Response brief to 16,500 words, and SAS's Response/Reply brief to 14,000 words.

3. SAS filed its Opening brief in compliance with the 14,000 word limit. (Doc. 27.)

4. On January 31, 2017, WPL filed a Motion to Exceed Word Limit for its Opening/Response by 4,125 words, representing to the Court that WPL was "prepared to consent to a similar motion from SAS" in "conjunction with future briefing." (Doc. 50.) SAS opposed the motion, but noted that "if granted (as a matter of parity and as WPL's motion suggests) WPL's motion would warrant an additional 4,125 words" for SAS's Response/Reply brief. (Doc. 52.) One of the concerns SAS raised in opposing WPL's motion was that the additional words would permit WPL to raise an atypically large number of issues on appeal.

5. On February 8, 2017, the Court granted WPL's Motion and permitted WPL to file an Opening/Response brief of no more than 20,625 words. (Doc. 55.)

6. On February 15, 2017, WPL filed its Opening/Response brief, raising a total of 7 issues on cross-appeal (in addition to the 2 issues SAS raised on appeal). (Doc. 60.)

7. On February 22, 2017, two amici also filed amicus briefs in support of WPL on the copyright issue raised in SAS's Opening brief. (Doc. 65, 66.)

8. Due to the need to respond to the 7 issues raised by WPL in its Opening/Response brief, the need to respond to two amicus briefs on complex copyright issues presented by SAS's appeal, and the overall length of WPL's Opening/Response brief, SAS seeks 4,125 additional words for its Response/Reply brief.

9. Counsel for SAS has informed counsel for WPL of its intention to file this motion and counsel for WPL indicated it would consent to an extension of only 3,500 words for SAS's Response/Reply brief, and only if SAS would not oppose an enlargement of the word limit for WPL's reply brief of an additional 1,750 words.

WHEREFORE, SAS respectfully requests the Court grant it a 4,125-word extension of the word limit for its combined Response/Reply brief.

Dated: February 27, 2017    Respectfully submitted,

*/s/* Pressly M. Millen
Pressly M. Millen
Raymond M. Bennett
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
Post Office Box 831
Raleigh, North Carolina 27602
(919) 755-2100

*Counsel for Appellant/Cross-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I caused SAS Institute Inc.'s Motion to Exceed Word Limit for Response & Reply Brief to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following:

Wayne F. Dennison
Rebecca M. Lecaroz
Brown Rudnick LLP
1 Financial Center
Boston, Massachusetts 02111
(617) 856-8247

*Counsel for Appellee/Cross-Appellant*

Mark R. Sigmon
Simon Law, PLLC
5 West Hargett Street, Suite 101
Raleigh, North Carolina 27601
(919) 451-6311

*Counsel for Appellee/Cross-Appellant*

                              */s/* Pressly M. Millen
                              Pressly M. Millen

                              *Counsel for Appellant/Cross-Appellee*

5

WCSR 38951293v1