FILED: February 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1808 (L)
(5:10-cv-00025-FL)

_____

SAS INSTITUTE, INC.

      Plaintiff - Appellant

v.

WORLD PROGRAMMING LIMITED

      Defendant - Appellee

-------------------------------

THE MATHWORKS, INC.; BSA THE SOFTWARE ALLIANCE

      Amici Supporting Appellant

ELECTRONIC FRONTIER FOUNDATION; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION; INTERNET ASSOCIATION; ENGINE ADVOCACY

      Amici Supporting Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response/reply brief due: 04/03/2017

Reply brief permitted within 14 days from service of response/reply brief.

                        For the Court--By Direction

                        <u>/s/ Patricia S. Connor, Clerk</u>

Appeal: 16-1808     Doc: 72     Filed: 02/28/2017     Pg: 2 of 2