FILED: February 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1808 (L)
(5:10-cv-00025-FL)

_____

SAS INSTITUTE, INC.

      Plaintiff - Appellant

v.

WORLD PROGRAMMING LIMITED

      Defendant - Appellee

-------------------------------

THE MATHWORKS, INC.; BSA THE SOFTWARE ALLIANCE

      Amici Supporting Appellant

ELECTRONIC FRONTIER FOUNDATION; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION; INTERNET ASSOCIATION; ENGINE ADVOCACY

      Amici Supporting Appellee

_____

No. 16-1857
(5:10-cv-00025-FL)

_____

SAS INSTITUTE, INC.

  Plaintiff - Appellee

v.

WORLD PROGRAMMING LIMITED

  Defendant - Appellant

------------------------------

THE MATHWORKS, INC.; BSA THE SOFTWARE ALLIANCE

  Amici Supporting Appellee

ELECTRONIC FRONTIER FOUNDATION; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION; INTERNET ASSOCIATION; ENGINE ADVOCACY

  Amici Supporting Appellant

---

O R D E R

---

  Upon consideration of SAS Institute's motion to exceed word limit for appellant's response and reply brief, the court grants the motion and authorizes a 4,125 word extension of the word limit for SAS's response/reply brief.

      For the Court

      /s/ Patricia S. Connor, Clerk